Jeffrey I. Hasson
Davenport & Hasson, LLP
Attorney at Law
12707 NE. Halsey Street
Portland, OR  97230
Phone: (503) 255-5352
Facsimile No.: (503) 255-6124
E-Mail: hasson@dhlaw.biz
Oregon State Bar No. 87241
Attorney for Defendants

Honorable Michael Mosman

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHRISTOPHER CLARK,<br><br>           Plaintiff,<br><br>vs.<br><br>PROGRESSIVE FINANCIAL SERVICES, INC., a Pennsylvania corporation, and DIANE CARLISLE,<br><br>           Defendants. | Case No.: 07-0472-MO<br><br>STIPULATION AND ORDER OF DISMISSAL |

### STIPULATION

Plaintiff and defendants (the parties), hereby stipulate to the entry of the subjoined Order of Dismissal.

DATED June 11, 2007                    DATED: May 17, 2007

By: s/ Jeffrey I. Hasson                By: s/ Christopher Clark
Jeffrey I. Hasson, OSB#87241            Christopher Clark
Counsel for Defendants                  Pro Se

Page 1.    STIPULATION AND ORDER OF DISMISSAL
m:\6410\0004\p-dismissal-2.docx

## ORDER

NOW, THEREFORE, it is hereby

ORDERED that the plaintiff's claims against defendants should be and hereby are DISMISSED WITH PREJUDICE, and without costs or attorney fees to any party.

Dated: 13 June 2007.

_____
United States District Court Judge

Presented by:

DAVENPORT & HASSON, LLP

s/ Jeffrey I. Hasson
Jeffrey I. Hasson, OSB#87241
Attorney for Defendants